1004

[No. 25726-2-II. Division Two. February 23, 2001.]

*In the Matter of the Estate of* RONALD A. NELSON.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-4-01641-1, Karen L. Strombom, J., entered February 11, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 44877-3-I. Division One. February 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN D. WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05639-4, Marilyn R. Sellers, J., entered June 24, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 45022-1-I. Division One. February 26, 2001.]

GARY DELGUZZI, *Appellant*, v. WILLIAM E. WILBERT, *Individually and as Trustee,* ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-4-00054-1, Linda Lau, J., entered June 25, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Appelwick, JJ.

[No. 45253-3-I. Division One. February 26, 2001.]

BISMARK MORTGAGE COMPANY, *Respondent*, v. SAM FURUTANI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-21882–7, George A. Finkle and Suzanne M. Barnett, JJ., entered June 18 and July 12, 1999. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.